UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. C-10-623 |
| | § | |
| ROBERT ANTOLO PABILLAR | § | |

## MOTION TO DISMISS ORIGINAL INDICTMENT

COMES NOW the United States of America, by and through José Angel Moreno, United States Attorney, and Lance Duke, Assistant United States Attorney, in and for the Southern District of Texas, and moves this Honorable Court to dismiss the Original Indictment without prejudice, in the above referenced case as to ROBERT ANTOLO PABILLAR, in the interest of Justice.

Respectfully submitted,

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: */s/ Lance Duke*
LANCE DUKE
Assistant United States Attorney
Federal I.D. No. 21949
State Bar I.D. No. 00798157
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Tel. (361) 888-3111; Fax (361) 888-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion To Dismiss the Original Indictment and Proposed Order as to defendant ROBERT ANTOLO PABILLAR, has been delivered via electronic filing to Jason Libby, attorney for defendant, on this October 7, 2010.

                                                    */s/ Lance Duke*
                                                    LANCE DUKE
                                                    Assistant United States Attorney

## CERTIFICATE OF CONSULTATION

I hereby certify that I consulted with Jason Libby, Attorney for defendant, who is unopposed to the motion.

                                                    */s/ Lance Duke*
                                                    LANCE DUKE
                                                    Assistant United States Attorney